# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
Filed: May 4, 2022

| | | |
|---|---|---|
| * * * * * * * * * * * * | | |
| DEBRA GADD, | * | UNPUBLISHED |
| | * | |
| Petitioner, | * | No. 20-1474V |
| | * | |
| v. | * | Special Master Gowen |
| | * | |
| SECRETARY OF HEALTH | * | Order Concluding Proceedings; |
| AND HUMAN SERVICES, | * | Vaccine Rule 21(a). |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * | | |

*Bridget Candace McCullough,* Muller Brazil, LLP, Dresher, PA, for petitioner.
*Kimberly Shubert Davey,* United States Department of Justice, Washington, DC, for respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

On May 3, 2022, petitioner filed notice of her voluntary dismissal of the above-captioned matter in accordance with Vaccine Rule 21(a)(1)(A). (ECF No. 26).

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned matter is **dismissed without prejudice**. The Clerk of Court is hereby instructed that **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Thomas L. Gowen
Thomas L. Gowen
Special Master

---

[1] Pursuant to the E-Government Act of 2002, *see* 44 U.S.C. § 3501 note (2012), because this opinion contains a reasoned explanation for the action in this case, I am required to post it on the website of the United States Court of Federal Claims. The court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7. **This means the opinion will be available to anyone with access to the Internet.** Before the opinion is posted on the court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). "An objecting party must provide the court with a proposed redacted version of the decision." *Id.* **If neither party files a motion for redaction within 14 days, the opinion will be posted on the court's website without any changes.** *Id.*